# United States District Court

| SOUTHERN | DISTRICT OF | NEW YORK |

CARL FRANZONE

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

CON EDISON

07 CV 3342

**Judge Hellerstein**

TO: (Name and address of defendant)

CON EDISON
4 IRVING PLACE
NEW YORK, NEW YORK 10003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF AMBROSE WOTORSON
26 COURT STREET, SUITE 1811
BROOKLYN, NEW YORK 11242
718-797-4861

an answer to the complaint which is herewith served upon you, within _____twenty(20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 2 5 2007

CLERK                               DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5-2-07 |
| NAME OF SERVER (PRINT) AMBROSE WOTORSON | TITLE ESQ |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Con Edison, Law Dept. 4 Irving Place, 18th Floor, N.Y, N.Y. 10003

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Via Express Mail to Con Edison, Law Department, 4 Irving Place, 18th Floor, New York, New York 10003 Attn: Richard Babinecz

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/2/07
        Date

Signature of Server

Address of Server  26 Court St., Ste. 1811
Brooklyn N.Y. 11242

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CARL FRANZONE
                                  Plaintiff,

            --Against--                          07-3342

CON EDISON
                                Defendant,
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Ambrose W. Wotorson, an attorney duly admitted to practice law in the State of New York, certify under penalty perjury, that I served a copy of the filed Complaint and Summons upon defendant's Law Department: Attention: Richard Babinecz, Esq, at Con Edison located at 4 Irving Place, 18th Floor, New York, New York by Express mail on May 2, 2007.

Dated: Brooklyn, New York
      May 2, 2007

                                            Respectfully Submitted,
                                            Law Offices of Ambrose Wotorson
                                            By:_____
                                            Ambrose W. Wotorson (AWW-2412)
                                            26 Court Street, Suite 1811
                                            Brooklyn, NY 11242-1118

                                            (718) 797-4861