UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x
CARL FRANZONE,                              :       07 CV 3342 (AKH)
                                            :
                    Plaintiff,              :
                                            :
        - against -                         :       **RULE 7.1 STATEMENT**
                                            :
CON EDISON                                  :
                                            :
                    Defendant.              :
                                            :
-------------------------------------------------- x

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Consolidated Edison Company of New York, Inc. (a private, non-governmental party) certifies that the corporate parent of Consolidated Edison Company of New York, Inc. is Con Edison, Inc., and other than Con Edison, Inc., there is no publicly owned corporation that owns 10% or more of the stock of Consolidated Edison Company of New York, Inc.

Date:  July 16, 2007
         New York, NY

                                            MARY K. SCHUETTE (MS 4752)
                                            Attorney for Defendant Consolidated Edison
                                             Company of New York, Inc.
                                            4 Irving Place, Rm. 1815-S
                                            New York, New York 10003
                                            (212) 460-2496

                                  By: _____
                                        **Jeanmarie Schieler (JS 5658)**
                                          (212) 460-2629
                                            Barbara Jane Carey (BC 6895)
                                            (212) 460-1122

TO:    Ambrose Wotorson, Esq.
         26 Court Street, Suite 1811
         Brooklyn, New York 11242
         (718) 797-4861

278771