UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CARL FRANZONE,

                Plaintiff,                07 CV 3342 (AKH)

      -against-

CON EDISON,

                Defendant.
------------------------------------------------------------X

### AFFIRMATION OF SERVICE

    I hereby affirm that on July 16, 2007, I served the within Answer of Defendant Consolidated Edison Company of New York, Inc., Rule 7.1 Statement, Notice of Deposition, and Refusal to Accept Service by Facsimile, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to:

Ambrose Wotorson, Esq.
26 Court Street, Suite 1811
Brooklyn, New York 11242
(718) 797-4861

                                            */s/ Audrey Lilloo-Fraser*
                                              Audrey Lilloo-Fraser

Dated: New York, NY
         July 16, 2007