

conEdison
a conEdison, Inc. company

Jeanmarie Schieler
Senior Attorney
Law Department

September 19, 2007

**VIA FACSIMILE**
Hon. Alvin K. Hellerstein
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

So ordered
9.19.07
[signature]

Re: **Franzone v Con Edison**
    **07 CV 3342 (AKH)**

Dear Judge Hellerstein: 9:30 a.m.

    Counsel for the parties are hereby jointly requesting an adjournment to Friday, October 19, 2007 of the status conference scheduled in the above-referenced case for Friday, September 21, 2007 at 10:00 a.m. At our last conference on September 7, 2007, the Court discussed a resolution of this lawsuit and directed the parties to draft a letter agreement by the next conference. Your Honor also advised counsel to request more time, if necessary, to complete the agreement. As Your Honor anticipated, Counsel do in fact need additional time to complete the agreement.

    There have been no previous requests for an adjournment. Furthermore, changing the date of this conference does not affect any other date and no modified schedule is necessary as there are no other dates currently scheduled in this matter.

    Thank you for your consideration of this request.

Respectfully submitted,

JeanMarie Schieler

cc: Ambrose Wotorson, Esq. (by Fax: 718-797-4863)
    26 Court Street, Suite 1811
    Brooklyn, New York 11242

Consolidated Edison Company of New York, Inc.

TOTAL P.02