UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
CARL FRANZONE,

            Plaintiff,

           -against-

CON EDISON,

           Defendant,
------------------------------------------------------------ x

**SUMMARY ORDER**

07 Civ. 3342 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    A suggestion of settlement having been made, it is hereby:

    ORDERED that the Clerk of the Court shall mark this matter closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 60 days of the date of this Order, either party may apply by letter within the 60-day period for restoration of the action to the calendar of the undersigned.

    SO ORDERED.

Dated:    New York, New York
            August 27 2009

                                      ALVIN K. HELLERSTEIN
                                      United States District Judge

